# ELECTRONIC RECORD

COA # 06-14-00021-CR

OFFENSE: 19.02

STYLE: Clint Weldon Wilson v. The State of Texas

COUNTY: Franklin

COA DISPOSITION: Affirmed

TRIAL COURT: 8th District Court

DATE: 11/7/14          Publish: No

TC CASE #: F8775

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Clint Weldon Wilson v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____STRUCK_____

DATE: 03/18/2015

JUDGE: Per Curiam

CCA #: 1565-14

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

_____PRO SE_____ PETITION

FOR DISCRETIONARY REVIEW

IS _____Refused_____

DATE June 24, 2015

_____Pc_____

JUDGE

**ELECTRONIC RECORD**